# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  2:14-cv-02251-TMP |
| CARLA L. TINNEY, *et al.*, | ) ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

On February 26, 2015, the magistrate judge entered a Report and Recommendation in the above-styled case, recommending that the court enter a default judgment against Huel M. Love, Jr., grant Protective Life's motion for discharge, permanently enjoin the defendants from commencing any action in state or federal court against the policy proceeds at issue in this case, and issue a final consent judgment distributing the interpleader funds deposited by Protective Life into the court registry according to the Stipulation of the Remaining Parties.  (Doc. 20).  To date, no objections to the Report and Recommendation have been filed.

Having now carefully reviewed and considered *de novo* the Report and Recommendation, as well as all other materials in the court file, the court hereby

ADOPTS the report and ACCEPTS the recommendation of the magistrate judge.

Accordingly, by separate order, the court will enter Final Judgment according to

the Stipulation of the Remaining Parties.

      **DONE** and **ORDERED** on March 25, 2015.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

177825